THE STATE, Plaintiff in Error, *vs.* BLANKENSHIP, Defendant in Error.

1. "*Blankenship*" and "*Blackenship*" held *idem sonans* as matter of law. (SCOTT, J., dissenting. See *State* v. *Havely*, ante.)

### *Appeal from Cass Circuit Court.*

Coleman N. Blankenship was indicted by the name of Coleman N. *Blackenship*, for breaking open a letter. A demurrer to a plea in abatement for misnomer was overruled by the Circuit Court, the indictment abated, and the defendant discharged.

*Gardenhire,* (attorney general,) for the State.

*W. Adams,* for defendant in error.

RYLAND, Judge. This case involves the same questions as have been just settled in the case of the *State* v. *Havely*. The judgment of the Circuit Court is reversed, and the case remanded. See opinion in *Havely's case*, which is adopted for this case, *mutatis mutandis;* Judge Leonard concurring; Judge Scott dissenting.

SCOTT, Judge. For my view, with regard to this case, reference is made to my opinion in the case of *State* v. *Havely*, decided at this term.